**Order entered June 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01139-CV

**PS ROYAL SERVICES GROUP LP, GP ROYAL, LLC, STEPHEN F. PERKINS, AND S. PERKINS INVESTMENT PROPERTIES, INC., Appellants**

**V.**

**SCOTT FISHER AND KRISTI FISHER, Appellees**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-01665-2014**

## ORDER

Before the Court is appellees' June 4, 2018 unopposed motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **July 20, 2018**. We caution appellees that further requests for extension will be disfavored.

/s/     DAVID EVANS
          JUSTICE